ORIGINAL

FILED
AUG 15 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORTHERN STATES POWER COMPANY, d/b/a XCEL ENERGY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-608 C

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1(a), Plaintiff Northern States Power Company d/b/a Xcel Energy ("NSP"), respectfully submits this corporate disclosure statement. NSP is a wholly-owned subsidiary of Xcel Energy Inc. and, thereby, more than 10 percent of NSP's stock is owned by Xcel Energy Inc. Furthermore, Xcel Energy Inc. is a publicly-traded holding company.

Dated: August 15, 2007

Respectfully submitted,

Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall
Minneapolis, Minnesota 55401
Northern States Power Company
(612) 215-4583
(612) 215-4544 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2007, I caused a copy of the foregoing CORPORATE DISCLOSURE STATEMENT to be served by U.S. mail, postage prepaid, on:

Andrew Averbach, Esq.
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Counsel of Record for the United States



400622913v1