ORIGINAL

FILED
AUG 15 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**NORTHERN STATES POWER COMPANY, d/b/a XCEL ENERGY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 07-608 C

**NOTICE OF DIRECTLY RELATED CASE**

In accordance with RCFC 40.2, counsel for Northern States Power Company d/b/a Xcel Energy ("NSP"), states that this newly filed case is directly-related to Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.). Per RCFC 40.2(a)(1), the two cases involve the same contract and involve the same parties. The U.S. Court of Appeals for the Federal Circuit instructed utilities facing the United States' (the "Government's") continued partial breach of contract to seek mitigation damages as they are incurred. See Indiana Michigan Power Co. v. United States, 422 F.3d 1369, 1376 (Fed. Cir. 2005). In the related case, NSP sought damages through December 31, 2004. In the instant new case, NSP seeks damages incurred from January 1, 2005 through June 30, 2007.[1] Assignment of this newly-filed action with the same judge may

[1] Additionally, this case is also likely "indirectly-related" to the approximately 60 other "spent nuclear fuel" cases that are (or have been) before the Court of Federal Claims. See RCFC 40.2(b); see also Yankee Atomic Elec. Co. v. United States, No. 98-126C (Merow, S.J.); Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Merow, S.J.); Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Merow, S.J.); Florida Power & Light Co. v. United States, No. 98-483C (Baskir, J.); Duke Power v. United States, No. 98-485C (Wiese, S.J.); Indiana Michigan Power Co. v. United States, No. 98-486C (Hodges, S.J.); Sacramento Mun. Util. Dist. v. United States, No. 98-488C (Braden, J.); Southern Nuclear Operating Co. v. United States, No. 98-614C (Merow, S.J.); Commonwealth Edison Co. v. United States, No. 98-621C (Hewitt, J.); Boston Edison Co. v. United States, No. 99-447C (Lettow, J.); Wisconsin Elec. Power Co. v. United States, No. 00-697C (Merow, S.J.); Power Auth. of the State of N.Y. v. United States, No. 00-703C (Damich, C.J.); Omaha Pub. Power Dist. v. United States, No. 01-115C (Braden, J.); Nebraska Pub. Power Dist. v. United States,

Footnote continued on next page

Footnote continued from previous page

No. 01-116C (Allegra, J.); Tenn. Valley Auth. v. United States, No. 01-249C (Lettow, J.); PSEG Nuclear, LLC v. United States, No. 01-551C (Futey, S.J.); Vermont Yankee Nuclear Power Co. v. United States, No. 02-898C (Wheeler, J.); Detroit Edison Co. v. United States, No. 02-926C (Williams, J.); Consumers Energy Co. v. United States, No. 02-1894C (Damich, C.J.); General Atomics v. United States, No. 03-2505C (Wolski, J.); Sys. Fuels. Inc. v. United States, No. 03-2621C (Williams, J.); Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C (Wheeler, J.); Sys. Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.); Sys. Fuels, Inc. v. United States, No. 03-2624C (Braden, J.); Entergy Gulf States, Inc. v. United States, No. 03-2625C (Williams, J.); Entergy Nuclear Generation Co. v. United States, No. 0-2626C (Lettow, J.); Entergy Nuclear FitzPatrick, LLC v. United States, No. 03-2627C (Damich, C.J.); Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C (Wheeler, J.); Arizona Pub. Serv. Co. v. United States, No. 03-2832C (Hodges, J.); Portland Gen. Elec. Co. v. United States, No. 04-09C (Bruggink, S.J.); Energy Northwest v. United States, No. 04-10C (Damich, C.J.); Consolidated Edison Co. of N.Y., Inc. v. United States, No. 04-33C (Wheeler, J.); Delmarva Power & Light Co. v. United States, No. 04-34C (C.O.C. Miller, J.); Atlantic City Elec. Co. v. United States, No. 04-36C (C.O.C. Miller, J.); Canal Elec. Co. v. United States, No. 04-35C (Hodges, S.J.); Carolina Power & Light Co. v. United States, No. 04-37C (Wheeler, J.); FPL Energy Duane Arnold, LLC v. United States, 04-67C (C.O.C. Miller, J.); Constellation Generation Group, LLC v. United States, No. 04-68C (Margolis, S.J.); Cleveland Elec. Illuminating Co. v. United States, No. 04-69C (Wolski, J.); PPL Susquehanna, LLC v. United States, No. 04-70c (Baskir, J.); Wisconsin Pub. Serv. Corp. v. United States, No. 04-71C (Block, J.); Pacific Gas & Elec. Co. v. United States, Nos. 04-74C, 04-75C (Hewitt, J.); Dominion Resources, Inc. v. United States, No. 04-83C, (Bruggink, S.J.); Dominion Resources, Inc. v. United States, No. 04-84C (Bruggink, S.J.); FPL Energy Seabrook, LLC v. United States, No. 04-88C (Hodges, S.J.); BWX Tech., Inc. v. United States, No. 04-96C (Lettow, J.); Union Elec. Co. v. United States, No. 04-97C (Hodges, S.J.); TXU Generation Co., LP v. United States, 04-98C (Williams, J.); Kansas Gas & Elec. Co. v. United States, No. 04-99C (C.O.C. Miller, J.); Texas Genco LP v. United States, No. 04-100C (Wolski, J.); South Carolina Elec. & Gas Co. v. United States, No. 04-101C (Lettow, J.); Exelon Generation Co., LLC v. United States, No. 04-102C (Hewitt, J.); Exelon Generation Co., LLC v. United States, No. 04-103C (Hewitt, J.); Exelon Generation Co., LLC v. United States, No. 04-104C (Hewitt, J.); Dairyland Power Coop. v. United States, No. 04-106C (Damich, C.J.); Gen. Elec. Co. v. United States, No. 04-107C (Wolski, J.); Gen. Elec. Co. v. United States, No. 04-108C (Wolski, J.); Southern Cal. Edison Co. v. United States, No. 04-109C (Baskir, J.); Rochester Gas & Elec. Co. v. United States, No. 04-118C (Margolis, S.J.); Niagara Mohawk Power Corp. v. United States, No. 04-124C (Margolis, S.J.); Niagara Mohawk Power Corp. v. United States, No. 04-125C (Margolis, S.J.); United Illuminating Co. v. United States, No. 04-129 (Block, J.); Illinois Power Co. v. United States, No. 04-133C (Damich, C.J.).

conserve judicial resources. However, these cases should not be consolidated. Finally, because undersigned counsel are also counsel in case No. 98-484C, this notice will be served only on Government counsel.

Dated: August 15, 2007

Respectfully submitted,

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall
Minneapolis, Minnesota 55401
Northern States Power Company
(612) 215-4583
(612) 215-4544 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2007, I caused a copy of the foregoing NOTICE OF DIRECTLY RELATED CASE to be served by U.S. mail, postage prepaid, on:

Andrew Averbach, Esq.
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Counsel of Record for the United States