IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY, d/b/a XCEL ENERGY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-608C |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including December 14, 2007, within which to file an answer to the complaint filed by plaintiff, Northern States Power Company. Our response is currently due on October 15, 2007. No previous requests for an enlargement have been filed. Plaintiff's counsel has represented that plaintiff does not oppose this request.

The requested enlargement of time is necessary because we have filed a motion for reconsideration of the Court's September 26, 2007, opinion in a case related to this one, Northern States Power Co. v. United States, No. 98-484 (Fed. Cl.). Resolution of the issues raised in our motion for reconsideration will substantially affect the proceedings in this case, which is premised upon the same allegations of breach of a contract for the disposal of spent nuclear fuel.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to file an answer to the plaintiff's complaint by 60 days, to and including December 14, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118
Attorneys for Defendant

October 15, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 15th day of October, 2007, a copy of DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach