# In the United States Court of Federal Claims

**Filed: 10/16/2007**

**NORTHERN STATES POWER COMPANY**
**D/B/A XCEL ENERGY**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 10/15/07, for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court