IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY, d/b/a XCEL ENERGY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-608C |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 21 days, to and including January 4, 2008, in which to file an answer or otherwise respond to the complaint filed by plaintiff, Northern States Power Company, in this action. Our response is currently due on December 14, 2007. On October 16, 2007, the Court granted our motion for a 60-day enlargement of time to respond to the complaint. Plaintiff's counsel has represented that plaintiff does not oppose this request.

The requested enlargement of time is necessary because the Government is currently considering its options in light of the Court's denial of our motion for reconsideration on December 12, 2007, in Northern States Power Co. v. United States, No. 98-484 (Fed. Cl.) ("Northern States I"). These options include a potential appeal of Northern States I and whether to seek a stay of this matter pending such an appeal or pending resolution of the appeals in Nebraska Public Power District v. United States, No. 07-5083 (Fed. Cir.), which has been fully briefed and argued; and Pacific Gas & Electric Co. v. United States, No. 07-5046 (Fed. Cir.),

Yankee Atomic Electric Company v. United States, No. 07-5025 (Fed. Cir.), and Sacramento Municipal Utiltity District v. United States, No. 07-5052 (Fed. Cir.), which have been fully briefed and are scheduled to be argued in February. We expect that resolution of these cases will inform, if not resolve, many of the major issues raised in this action.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to file an answer or otherwise respond to plaintiff's complaint by 21 days, to and including January 4, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-7643

December 14, 2007

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14th day of December, 2007, a copy of DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach