# In the United States Court of Federal Claims

No. 07-608C
Filed: December 19, 2007

NORTHERN STATES POWER CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

GRANTING MOTION FOR ENLARGEMENT

Defendant's December 14, 2007, motion for an enlargement of time, to and including January 4, 2008, within which to respond to plaintiff's complaint, is GRANTED.

s/John P. Wiese
John P. Wiese
Judge