# In the United States Court of Federal Claims

No. 07-608C
Filed: January 8, 2008

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION TO STAY PROCEEDINGS

The court has reviewed defendant's January 4, 2008, motion to stay proceedings in this action pending resolution of the appeals in Yankee Atomic Electric Co. v. United States, No. 07-5025 (Fed. Cir.), Sacramento Municipal Utility District v. United States, No. 07-5052 (Fed. Cir.), Pacific Gas & Electric Co. v. United States, No. 07-5046, and Nebraska Public Power District v. United States, 07-5083, and any potential appeal in Northern States Power Co. v. United States, No. 98-484C (Fed. Cl.). Defendant's motion is GRANTED subject to the requirement that continuance of the stay shall be reevaluated following the Federal Circuit's decision in any one (rather than all) of these cases.

s/John P. Wiese
John P. Wiese
Judge